IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY LOVELL STANTON,

    Plaintiff,
v.                                                CASE NO. 3:15-cv-413-LC-GRJ

SECRETARY, DEPT. OF CORRECTIONS,

    Defendant.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 5, 2016, 2016 (ECF No. 20).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The motion to dismiss, ECF No. 16, is **GRANTED IN PART AND**

**DENIED IN PART**.  This matter is recommitted to the Magistrate Judge for further briefing on the merits of Plaintiff's Claims Four and Five, pertaining to alleged ineffective assistance of counsel in connection with an entrapment defense.[1]

**DONE AND ORDERED** this 8th day of September, 2016.


    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] The Report and Recommendation concludes with the recommendation that the motion to dismiss be denied with respect to "Claims Five and Six."  However, it is clear that the recommendation actually pertains to Claims Four and Five, to the extent such claims are asserted as ones of ineffective-assistance.  *See* ECF No. 20 at 16-17.